NUMBER 13-04-033-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
KELLY J. WELCH,                                                             Appellant,

v.

REYNOLDS METALS COMPANY,                                         Appellee.
____________________________________________________________________

On appeal from the 36th District Court of San Patricio County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, KELLY J. WELCH, perfected an appeal from a judgment entered by
the 36th District Court of San Patricio County, Texas, in cause number S-96-5223-0-CV-A. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 20th day of May, 2004.